302 U.S. 732
 58 S.Ct. 56
 82 L.Ed. 566
 GENERAL BAKING COMPANY, petitioner,
v.
GOLDBLATT BROS., Inc.*
 No. 382.
 Supreme Court of the United States
 October 18, 1937
 
 Mr. Frederic P. Warfield, of New York City, for petitioner.
 
 
 1
 For opinion below, see 90 F.(2d) 241.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 778, 58 S.Ct. 262, 82 L.Ed. ——.